IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| OPAL BUTLER, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES W. BUTLER, MICHAEL BUTLER, and GREGORY BUTLER | ) ) ) ) ) | PLAINTIFFS |
| v. | ) ) ) | No. 4:07-CV-00519 JMM |
| UNITED STATES OF AMERICA | ) | DEFENDANT |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 22 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## ORDER

Comes to be heard the Defendants' Motion to File Under Seal and for good cause being shown, the motion is granted. Defendant's Response to Plaintiff's Motion to Amend her Complaint and Brief in Support of Defendant's Response to Plaintiff's Motion to Amend her Complaint shall be filed under seal.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

1/22/08
Date