**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**JAN 2 2 2008**

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

|  |  |  |
|---|---|---|
| OPAL BUTLER, INDIVIDUALLY, AND | ) | |
| AS SPECIAL ADMINISTRATOR OF | ) | |
| THE ESTATE OF JAMES W. BUTLER, | ) | |
| MICHAEL BUTLER, and | ) | |
| GREGORY BUTLER | ) | **PLAINTIFFS** |
| | ) | |
| **v.** | ) | **No. 4:07-CV-00519 JMM** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **DEFENDANT** |

## ORDER

Comes to be heard the Defendants' Motion to File Under Seal and for good cause being shown, the motion is granted. Defendant's Summary Judgment Motion, Brief in Support of Defendant's Summary Judgment Motion, and Defendant's Statement of Undisputed Facts, shall be filed under seal.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

_____
1/22/08
Date