IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

OPAL BUTLER, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF JAMES W. BUTLER,
MICHAEL BUTLER, and GREGORY BUTLER          PLAINTIFFS

V.                    CASE NO. 4:07-CV-00519JMM

UNITED STATES OF AMERICA                    DEFENDANT

### AGREED ORDER GRANTING INCIDENTAL EXPENSES

NOW on this __1__ day of January, 2009, is presented an Agreed Order directing Defendant to pay certain expenses associated with discovery in this matter. The Court finds that the Defendant should be, and hereby is, required to reimburse Plaintiff the sum of $3,300.00 for monies expended to Dr. D'Amico. Plaintiff is also allowed $1,000.00 for associated travel fees and expenses associated with Dr. D'Amico's deposition. Defendant shall pay the expenses within 60 days.

IT IS SO ORDERED.

_____
Honorable James M. Moody

Prepared by:

HARRILL & SUTTER, PLLC
Attorneys at Law
Post Office Box 2012
Benton, AR 72018
501/315-1910

/s/ Luther Oneal Sutter
_____
Luther Oneal Sutter Ark. Bar No. 95031

Approved as to Form:

_____
Mr. Dan Stripling
Assistant United States Attorney
P. O. Box 1229
Little Rock, AR 72203