IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OPAL BUTLER, INDIVIDUALLY, AND
AS SPECIAL ADMINISTRATOR OF THE
ESTATE OF JAMES BUTLER, ET AL,                                      PLAINTIFFS

V.                                  4:07CV00519 JMM

UNITED STATES OF AMERICA                                            DEFENDANT

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in an Order entered this date, it is hereby CONSIDERED, ORDERED, and ADJUDGED that a judgment of $25,000.00 be entered in favor of the Estate of James W. Butler and against the Defendant on the negligence claim arising from the Defendant's failure to implement and review Mr. Butler's Plan of Care. Judgment is entered in favor of the Defendant on the remaining claims, including the wrongful death claim. The Clerk is directed to close the case.

DATED this 9th day of June, 2009.

_____
James M. Moody
United States District Judge